# United States District Court

**SOUTHERN**          DISTRICT OF          **TEXAS**

McALLEN DIVISION

| UNITED STATES OF AMERICA | |
| V. | |

**CRIMINAL COMPLAINT**

| | | | |
| --- | --- | --- | --- |
| 1 **David Munoz-Ramos** | | | *Principal* |
| A202 141 875 | YOB: | 1981 | the United Mexican States |
| 2 **Alfredo Munoz-Ramos** | | | *CO-Principal* |
| A202 139 067 | YOB: | 1987 | the United Mexican States |

United States District Court
Southern District of Texas
FILED

NOV 2 6 2014

, **Clerk of Court**

**Case Number:**

M-14- 2258 -M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about     **November 24, 2014**    in     **Hidalgo**     County, in

the     Southern     District of     Texas     defendants(s) did,

*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Leonel Antonio Vicente-Martinez citizen and national of Honduras, and Wilder Alexis Lucero-Lopez and Leslie Ruth Martinez-Rangel, citizens and nationals of Mexico, along with seven (7) other undocumented aliens, for a total of ten (10), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,**

in violation of Title     **8**     United States Code, Section(s)     **1324(a)(1)(A)(iii)**     **FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On November 19, 2014, Weslaco Border Patrol Agents working Highway 281 apprehended a 1 on 4 Administrative Alien Smuggling case near San Manuel, Texas. The principal of that case provided information regarding an apartment located at 104 Carlotta St, Apt. 3, in Mission, Texas. The principal told agents that illegal aliens were being harbored at that location, and on one occasion, he had picked up 7 illegal aliens from that apartment.**

**SEE ATTACHED:**

Continued on the attached sheet and made a part of this complaint:     [X]Yes   [ ]No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

**Derek Conrow          Senior Patrol Agent**
Printed Name of Complainant

**November 26, 2014**
Date

at   **McAllen, Texas**
City and State

**Dorina Ramos**          , U. S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

**M-14-2258 -M**

| | |
|---|---|
| **RE:**     **David Munoz-Ramos** | **A202 141 875** |
|           **Alfredo Munoz-Ramos** | **A202 139 067** |

**CONTINUATION:**

On November 21, 2014, FIST Agents conducted surveillance of 104 Carlotta St, Apt. 3. Agents J. Alvarado and G. Nieves observed two subjects, later identified as Alfredo MUNOZ-Ramos and Wilder Alexis Lucero-Lopez, exiting the location. (MUNOZ would later be determined to be a principal in this case, and Lucero used as a material witness) MUNOZ and Lucero were observed boarding a green minivan, driving to Walmart, and purchasing 8 bags of groceries and several gallons of water. They then returned to the apartment and unloaded the groceries, the whole time, keeping an eye on their surroundings nervously.

On November 24, 2014, MUNOZ and Lucero exited the residence, boarded the green minivan, and drove to Expressway 83. Agents lost sight of the minivan and returned to the residence. Approximately 30 minutes later, the minivan returned, and there was one additional subject travelling with MUNOZ and Lucero. MUNOZ, escorted the additional subject into the house and Lucero followed him in. It appeared to agents that MUNOZ and Lucero had just picked up an illegal alien and transported him to the apartment.

Approximately two hours later, MUNOZ and Lucero were outside playing soccer in the street. At some point, MUNOZ received a phone call, and the two boarded the minivan and abruptly left the apartment. Mission Police conducted a traffic stop on the minivan for no insurance, on Shary Road, near the Fire Department. FIST agents also approached, and found MUNOZ and Lucero to be illegally in the United States. Both were read their rights and agreed to answer questions without the presence of an attorney.

At the same time the vehicle stop was taking place, multiple subjects, including women and children, appeared to be fleeing the apartment in a blue minivan. An adult male, later identified as David MUNOZ-Ramos, boarded five children and three females into the minivan and drove off. The blue minivan then drove passed the location on Shary Road where the first vehicle stop was taking place. David MUNOZ continue north and eventually was stopped my Mission Police for failure to signal before a turn.

Agents conducted an immigration inspection on the people in the van. David MUNOZ, the driver, admitted to being an illegal alien. Additionally the van contained one LAPR and her 3 LAPR children, an undocumented female and her 2 USC children, and one more undocumented female. Everyone in that van was arrested and transported to McAllen Station for processing.

At the first traffic stop, Alfredo MUNOZ told agents there were more undocumented aliens in the apartment. He granted consent to search the apartment. Agents returned to the apartment and found an additional 7 undocumented aliens inside. All were transported to the McAllen Station for processing.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-14-$\partial\partial$S$\beta$ -M

RE:     **David Munoz-Ramos**          A202 141 875
        **Alfredo Munoz-Ramos**        A202 139 067


**CONTINUATION:**

**PRINCIPALS' STATEMENTS:**

Both principals were read their rights. Alfredo MUNOZ-Ramos was willing to provide a statement without the presence of an attorney. His brother, David MUNOZ-Ramos, was not willing to provide a statement.

Alfredo MUNOZ told agents he was hired by a man at a mechanic shop to harbor illegal aliens. He told agents he was going to be paid $500 to keep the illegal aliens at his house. Alfredo MUNOZ stated he knew what he was doing was illegal, and no one else is to blame.

**MATERIAL WITNESSES' STATEMENTS:**

All material witnesses were read their rights and all three were willing to provide statements without the presence of an attorney.

**1-** Leonel Antonio Vicente-Martinez stated he illegally crossed the Rio Grande River. He was charged $1,500 (USD) to be smuggled into the United States. After crossing the river, Vicente and 8 other illegal aliens were picked up by a truck, and taken to the apartment where he was arrested. Vicente told agents, when he arrived at the house, there were two males in charge who greeted him. They told him to come inside and where to go once inside. According to Vicente, at the time of his arrival, there were other people in the apartment, but the two males were the only ones in charge. Vicente also stated, during his time at the apartment, the same two men were the ones who brought food to the people at the house and checked up on them as well. Vicente identified both Alfredo MUNOZ-Ramos and David MUNOZ-Ramos in a photo lineup as the two men in charge of the apartment where he was arrested.

**2-** Wilder Alexis Lucero-Lopez stated he illegally crossed the river on November 20, 2014 and was taken to the Alfredo MUNOZ'S apartment. He told agents he has known Alfredo, David, and their family for years. In fact, Lucero used to live with their family in Mexico. Alfredo MUNOZ told Lucero he could stay with him for a while here in the United States. On the morning after he arrived at the apartment, Lucero stated there were 7 people sitting in the living room. According to Lucero, Alfredo MUNOZ told him he needed the money, so he was going to harbor the 7 UDAs in his house for a while. Lucero stated he thought Alfredo was going to be paid $500 for keeping the people in his house. Lucero told agents that both Alfredo and David MUNOZ-Ramos were the ones buying food for the illegal aliens. Lucero identified both David and Alfredo in photo lineups as the people in charge of harboring the illegal aliens.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

**M-14- 2258 -M**

RE:     **David Munoz-Ramos**                    **A202 141 875**
        **Alfredo Munoz-Ramos**                  **A202 139 067**


**CONTINUATION:**

**3-** Leslie Ruth Martinez-Rangel stated she was charged an unknown amount to be smuggled into the United States. She told agents she made the arrangements in Mexico with Alfredo MUNOZ-Ramos to be smuggled into the United States. According to Martinez, Alfredo told her that his brother David works for a man who smuggles aliens. She was smuggled across the Rio Grande River, and taken to a house in Roma, Texas. There, she was separated from her aunt, and transported to a restaurant, and picked up by David MUNOZ-Ramos. She was then transported to the apartment where she was arrested. Martinez told agents David and Alfredo were the ones in charge of the illegal aliens at that house. Martinez identified both Alfredo and David MUNOZ-Ramos in a photo lineup as the two men in charge of the house where she was arrested.